IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

COLE HAGENKORD,

       Petitioner,

v.                                                                         Case No. 5D16-1594

STATE OF FLORIDA,

       Respondent.

_____/

Opinion filed June 3, 2016

Petition for Belated Appeal
A Case of Original Jurisdiction.

Robert Wesley, Public Defender, and
Sarah Moore, Assistant Public Defender,
Orlando, for Petitioner.

No appearance, for Respondent.


PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed
with the trial court and be treated as the notice of appeal from the March 14, 2016,
judgment and sentence in Case No. 2015-CF-002346-A-OR, in the Circuit Court in and
for Orange County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

TORPY, EVANDER, EDWARDS, JJ., concur.